STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.4065        AND FILED ON        5/24/2007

| PAMELA J. BLANCO | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| JOHN BROGAN, INDIVIDUALLY, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __5/31/2007__ at __2:15PM__, deponent did serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT
Party Served:     JOHN BROGAN, CHIEF OF POLICE                                (herein called recipient)
                                                                               therein named.
At Location:      VILLAGE OF SCARSDALE
                  POST ROAD
                  SCARSDALE NY 10583

By delivering to and leaving with __SGT. JOHN SPAGNA, DESK OFFICER__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __6/1/07__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _35/40_ | Height | _5'11"_ | Weight | _190_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __6/1/2007__

_[signature]_ GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires September 30, 2010

_[signature]_ John Axelrod

Server's License#:

STATE OF   NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.4065          AND FILED ON          5/24/2007

| | |
|---|---|
| PAMELA J. BLANCO  <br>Vs.  <br>JOHN BROGAN, INDIVIDUALLY, ET AL | Plaintiff(s)/Petitioner(s)  <br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                       )  
                                                         ) SS  
COUNTY OF WESTCHESTER                                    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  5/31/2007  at  2:00PM , deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: VILLAGE OF SCARSDALE, NEW YORK          (herein called recipient) therein named.

At Location: VILLAGE HALL  
1001 POST ROAD  
SCARSDALE NY  10583

By delivering to and leaving with  VERONICA A. REGAZZI  and that deponent knew the person so served to be the  DEPUTY VILLAGE CLERK

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM         Color of Skin  WH         Color of Hair  BROWN  
Age  50/55      Height  5'3"  
Weight  200     Other Features

Sworn to before me on  6/1/2007  
_Gail Williams_ (signature)

John Axelrod  
Server's License#:

GAIL WILLIAMS  
Notary Public, State of New York  
No. 4667052  
Qualified in Westchester County  
Commission Expires September 30, 2010