| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 07CIV.4065 | AND FILED ON  5/24/2007 |

PAMELA J. BLANCO                     Plaintiff(s)/Petitioner(s)

Vs.

JOHN BROGAN, INDIVIDUALLY, ET AL      Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __5/31/2007__ at __2:15PM__, deponent did serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT
Party Served:     JOHN BROGAN, CHIEF OF POLICE                          (herein called recipient)
                                                                         therein named.
At Location:      VILLAGE OF SCARSDALE
                  POST ROAD
                  SCARSDALE NY  10583

By delivering to and leaving with __SGT. JOHN SPAGNA, DESK OFFICER__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __6/1/07__, deponent completed service by depositing a copy of the

SUMMONS AND COMPLAINT

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 35/40 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __6/1/2007__

GAIL WILLIAMS
Notary Public, State of New York
No. 49_____
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.4065  AND FILED ON  5/24/2007

| | |
|---|---|
| PAMELA J. BLANCO<br><br>Vs.<br><br>JOHN BROGAN, INDIVIDUALLY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/31/2007 at 2:00PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: VILLAGE OF SCARSDALE, NEW YORK         (herein called recipient) therein named.
At Location: VILLAGE HALL
             1001 POST ROAD
             SCARSDALE NY 10583

By delivering to and leaving with VERONICA A. REGAZZI and that deponent knew the person so served to be the DEPUTY VILLAGE CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 50/55    Height 5'3"
Weight 200    Other Features

Sworn to before me on 6/1/2007
_Gail Williams_ (signature)

John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4867052
Qualified in Westchester County
Commission Expires September 30, 2010