# MEMO ENDORSED

## BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

CHRISTOPHER T. KURTZ
Direct: 516-267-6392
ckurtz@bsk.com

June 15, 2007

**VIA FACSIMILE – (914) 390-4085**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

Re: *Pamela J. Blanco v. John Brogan and Village of Scarsdale.*
Case No. 07-cv-4065

Dear Judge Brieant:

We represent Defendants John Brogan and the Village of Scarsdale (collectively "Defendants"), in the above-referenced action.

The Defendants respectfully request a three (3) week extension on the time in which to respond to the Complaint in this case from June 20, 2007 to July 11, 2007.

Please note that Plaintiff's counsel, Jonathan Lovett, Esq., has consented to this request.

Please contact me at your earliest convenience regarding this request.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Christopher T. Kurtz

cc: Jonathan Lovett, Esq. (via facsimile)
Michael DeLong (via facsimile)

*[Handwritten margin notes: "Granted So ORDERED /s/ Charles Brieant USDJ"; "Application June 18, 2007"]*

---

1399 Franklin Avenue, Suite 200, Garden City, NY 11530-1679 ▪ Phone: 516-267-6300 ▪ Fax: 516-267-6301 ▪ www.bsk.com

56991.1 6/15/2007



# BS&K BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW • NEW YORK FLORIDA KANSAS

## FAX COVER SHEET

| NAME: | FIRM: | FAX NUMBER: | PHONE NUMBER: |
|---|---|---|---|
| Hon. Charles L. Brieant | United States Courthouse | (914) 390-4085 | |
| Jonathan Lovett, Esq. | Lovett & Gould | (914) 428-8916 | (914) 428-8401 |
| Michael S. DeLong | Village of Scarsdale | (914) 722-1119 | (914) 722-1115 |

**FROM:** Christopher T. Kurtz
**DIRECT PHONE:** 516-267-6392
**DIRECT FAX:**
**TOTAL PAGES** [including cover sheet]: 2

**DATE:** June 15, 2007
**MATTER NUMBER:** 170894-2159

**COMMENTS:**

**CONFIDENTIALITY NOTE**

This telecopy, including Cover Sheet and any accompanying documents (individually and collectively, "the Transmission"), comes from Bond, Schoeneck & King, a law firm with offices in New York, Florida and Kansas. The Transmission is intended solely for the recipient designated on this Cover Sheet. The Transmission may contain confidential and legally privileged communications made between attorney and client in the course of professional employment and for the purpose of legal advice or services.

If the reader of this message is not the designated recipient or the employee or agent responsible for forwarding the Transmission to the designated recipient, any reading, dissemination, distribution, or duplication of the Transmission is prohibited. In such case, the reader is directed to contact Bond, Schoeneck & King at the number below, as soon as possible and at our expense for further instructions regarding the Transmission. Thank you for your cooperation.

IF THERE IS A PROBLEM WITH THIS TRANSMISSION,
PLEASE NOTIFY THE SENDER IMMEDIATELY AT 516-267-6300. THANK YOU.

Our fax machines are capable of receiving your communications 24 hours a day, 7 days a week.

1399 Franklin Avenue, Garden City, New York 11530-1611 • Phone: 516-267-6300 • Fax: 516-267-6301 • www.bsk.com