UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PAMELA J. BLANCO,

                       Plaintiff,

-against-

JOHN BROGAN, individually and
the VILLAGE OF SCARSDALE,
New York,

                       Defendants.
------------------------------------------------------X

07 Civ. 4065

NOTICE OF MOTION
TO DISMISS COMPLAINT

      **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law dated July 11, 2006 and the Affidavit of Howard M. Miller sworn to July 11, 2006, the Defendants will move this Court, before the Honorable Charles L. Brieant, at the United States Courthouse located at 300 Quarropas Street White Plains, New York 10601 at such time as to be determined by this Court for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint in its entirety.

      **PLEASE TAKE FURTHER NOTICE**, that in accordance with Civil Rule 6.1 of the Local Rules of the Southern and Eastern Districts of New York, papers in opposition to this motion must be served on Defendants' counsel within ten (10) business days after service of this Notice of Motion.

Dated:    Garden City, New York
           July 11, 2007

                                        Respectfully submitted,

                                        BOND, SCHOENECK & KING, PLLC

                                        By:  /s/Howard M. Miller
                                              Howard M. Miller (HMM: 4538)
                                             Attorneys for the Defendants
                                             1399 Franklin Avenue, Suite 200
                                             Garden City, New York 11530
                                             (516) 267-6300

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Jonathan Lovett, Esq.
LOVETT & GOULD, LLP
222 Bloomingdale Road
White Plains, New York 10605

                                          s/   Howard M. Miller
                                          Howard M. Miller (HMM: 4538)
                                          Bond, Schoeneck & King, PLLC
                                          Attorneys for Defendants
                                          1399 Franklin Avenue, Suite 200
                                          Garden City, New York  11530