UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PAMELA J. BLANCO,

                Plaintiff,

  -against-

JOHN BROGAN, individually and
the VILLAGE OF SCARSDALE,
New York,

                Defendants.
------------------------------------------------------X

07 Civ. 4065

AMENDED NOTICE
OF MOTION TO
DISMISS COMPLAINT

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law dated July 11, 2007 and the Affidavit of Howard M. Miller sworn to July 11, 2007, the Defendants will move this Court, before the Honorable Charles L. Brieant, at the United States Courthouse located at 300 Quarropas Street White Plains, New York 10601 on September 7, 2007 at 10:00 a.m. or as soon thereafter as counsel may be heard for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint in its entirety.

**PLEASE TAKE FURTHER NOTICE**, that in accordance with Civil Rule 6.1 of the Local Rules of the Southern and Eastern Districts of New York, papers in opposition to this motion must be served on Defendants' counsel within ten (10) business days after service of this Amended Notice of Motion.

Dated:     Garden City, New York
            July 17, 2007

                                                      Respectfully submitted,

                                                      BOND, SCHOENECK & KING, PLLC

                                                      By:  /s/Howard M. Miller
                                                           Howard M. Miller (HMM: 4538)
                                                           Attorneys for the Defendants
                                                            1399 Franklin Avenue, Suite 200
                                                            Garden City, New York  11530
                                                           (516) 267-6300

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Jonathan Lovett, Esq.
LOVETT & GOULD, LLP
222 Bloomingdale Road
White Plains, New York 10605

/s/Howard M. Miller
Howard M. Miller (HMM: 4538)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
1399 Franklin Avenue, Suite 200
Garden City, New York  11530