UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
PAMELA J. BLANCO,

                      Plaintiff,

     -against-

JOHN BROGAN, individually and
the VILLAGE OF SCARSDALE,
New York,

                    Defendants.
-----------------------------------------------------X

07 Civ. 4065

AFFIDAVIT OF
HOWARD M. MILLER

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NASSAU    )

Howard M. Miller, being duly sworn, deposes and says:

1.     I am a member of the firm of Bond, Schoeneck & King, PLLC, attorneys for defendant, Village of Scarsdale.  This affidavit is submitted in support of defendants' motion to dismiss the complaint.

2.     A copy of the charge of discrimination plaintiff filed with the U.S. Equal Employment Opportunities Commission (Charge No. 520200701320), which is referenced in the Complaint at ¶ 2, is annexed hereto as Exhibit "A."

3.     The Complaint references promotions to the positions of Field Training Officer and Traffic Enforcement Officer positions (Complaint at ¶ 5). Copies of the postings and documents submitted to the EEOC regarding the dates of these positions are annexed hereto as Exhibit "B." These documents indicate that the selection process for the Field Training Officer

and Traffic Enforcement Officer promotions concluded in November 2005 and on February 28,

2006, respectively.

_____ s/ Howard M. Miller _____
HOWARD M. MILLER

Sworn to before me this
11th day of July, 2007.

s/Regina L. Olsen_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Jonathan Lovett, Esq.
LOVETT & GOULD, LLP
222 Bloomingdale Road
White Plains, New York 10605

s/   Howard M. Miller
Howard M. Miller
Bond, Schoeneck & King, PLLC
Attorneys for Defendant, Village of Scarsdale
1399 Franklin Avenue, Suite 200
Garden City, New York  11530