UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PAMELA J. BLANCO,

                Plaintiff,

-against-

JOHN BROGAN, individually, and the VILLAGE
OF SCARSDALE, NEW YORK,

                Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ. 4065 (CLB) (GAY)

    ***PLEASE TAKE NOTICE*** that Defendant, JOHN BROGAN, hereby appears in this action by the undersigned counsel. Service of all pleadings, papers and documents required to be served in this action should be served upon the undersigned counsel.

Dated:    White Plains, New York
              July 17, 2007

                              KEANE & BEANE, P.C.

                              By: _____
                                  Lance H. Klein (LK 8243)
                                  Attorneys for Defendant JOHN BROGAN
                                  445 Hamilton Avenue, Suite 1500
                                  White Plains, NY 10601
                                  (914) 946-4777

TO:    **LOVETT & GOULD, LLP**
         Attorneys for Plaintiff
         222 Bloomingdale Road
         White Plains, New York 10605
         (914) 428-8401

         HOWARD MILLER, ESQ.
         **BOND, SCHOENECK & KING, PLLC**
         Attorneys for Defendant
         VILLAGE OF SCARSDALE
         1399 Franklin Avenue, Suite 200
         Garden City, New York 11530
         (516) 267-6300