UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

PAMELA J. BLANCO,

                        Plaintiff,

   -against-

JOHN BROGAN, individually and the
VILLAGE OF SCARSDALE, New York,

                       Defendants.
------------------------------------------------------------------------x

**NOTICE OF MOTION**

07 Civ. 4065 (CLB)

     *PLEASE TAKE NOTICE* that upon the accompanying Declaration of Edward J. Phillips, Esq., dated September 21, 2007, the exhibit annexed thereto, and upon all of the pleadings and proceedings heretofore had herein, Defendant John Brogan will move this Court before the Hon. Charles L. Brieant, U.S.D.J., at the United States Courthouse located at 300 Quarropas Street, White Plains, New York 10601, on October 26, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order: (i) dismissing the First Amended Complaint pursuant to Fed. R. Civ. P. 8 and 12(b)(6); and (ii) awarding Defendant Brogan such other and further relief as the Court deems just and proper.

     *PLEASE TAKE FURTHER NOTICE*, that pursuant to stipulation, opposing papers shall be served upon the offices of the undersigned counsel by October 12, 2007, and thereafter any reply papers shall be served by October 19, 2007.

Dated:   White Plains, New York
            September 21, 2007

-2-

Respectfully Submitted,

**KEANE & BEANE, P.C.**

By: _____
Lance H. Klein (LK 8243)
Edward J. Phillips (EP 4825)
Attorneys for Defendants
445 Hamilton Avenue, 15th Floor
White Plains, New York 10601
(914) 946-4777

TO: **LOVETT & GOULD, LLP**
Attn: Jane Bilus Gould, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401
Attorney for Plaintiff

**BOND, SCHOENECK & KING, PLLC**
Attn: Howard Miller, Esq.
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 267-6300
Attorneys for Defendant Village of Scarsdale

*(VIA ECF)*