# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

KIRSTEN BIRNBAUM BERG+  
RITA NICAJ+

914-428-8401  
FAX 914-428-8916

+also admitted in New Jersey

August 15, 2007

By fax

Hon. Charles L Brieant  
United States District Court  
300 Quarropas Street  
White Plains, New York 10601

Re: Blanco v Brogan et al. 07 Civ 4065 (CLB)(GAY)

Dear Judge Brieant:

Counsel for the Village has already moved for dismissal of certain portions of the Complaint herein. Subsequent to filing that motion, separate counsel appeared for the individual defendant, Scarsdale Police Chief Brogan and also stated his intention to so move.

At our conference with the Court on July 20, 2007, the Court set a briefing schedule on consent of counsel making the return date of the motion September 28, 2007.

Following further investigation, I have today filed an Amended Complaint.

In my opinion, this filing should moot the motion.

In order for all counsel to consider whether they intend to move with respect to the Amended Complaint, I am requesting that the return date of any such motion be adjourned until October 26, 2007, with service of motion or answer by September 21, 2007, opposition, if any, by October 12 and a reply by October 19, 2007.

Counsel for Chief Brogan consents to this request. While counsel for the Village is out of town, I suspect he will, too.

*[Handwritten notation: Application Granted So Ordered Charles L. Brieant USDJ]*

*[Stamps: U.S. District Court Filed SEP 19 2007 S.D. of N.Y. W.P.; MICROFILM SEP 19 2007]*

Thank you for your consideration.

Very truly yours,

Jane Bilus Gould

Cc by fax:

Howard Miller, Esq.
Bond, Schoeneck & King

Edward Phillips, Esq.
Keane & Beane