UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PAMELA J. BLANCO,

                             Plaintiff,

    -against-

JOHN BROGAN, individually and
the VILLAGE OF SCARSDALE,
New York,

                            Defendants.
------------------------------------------------------X

07 Civ. 4065 (CLB) (GAY)

AMENDED NOTICE OF MOTION
TO DISMISS FIRST
AMENDED COMPLAINT

        **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law dated September 21, 2007 and the Affidavit of Howard M. Miller sworn to September 21, 2007, the Defendant, Village of Scarsdale, will move this Court, before the Honorable Charles L. Brieant, at the United States Courthouse located at 300 Quarropas Street White Plains, New York 10601 on October 26, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint in its entirety.

        **PLEASE TAKE FURTHER NOTICE**, that pursuant to stipulation, papers in opposition of this motion must be served on the undersigned on or before October 12, 2007, and thereafter, Defendant Village of Scarsdale shall serve any reply papers in support of this motion by October 19, 2007.

57835.1 9/24/2007

Dated:   Garden City, New York
         September 24, 2007

                                                Respectfully submitted,

                                                BOND, SCHOENECK & KING, PLLC

                                                By:   /s/Howard M. Miller
                                                        Howard M. Miller (HMM: 4538)
                                                        Attorneys for Defendant, Village of Scarsdale
                                                        1399 Franklin Avenue, Suite 200
                                                        Garden City, New York  11530
                                                        (516) 267-6300

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

LOVETT & GOULD, LLP
222 Bloomingdale Road
White Plains, New York 10605

KEANE & BEANE
445 Hamilton Avenue, 15th Floor
White Plains, New York 10601

                                                    s/   Howard M. Miller
                                                    Howard M. Miller (HMM:  4538)
                                                    Bond, Schoeneck & King, PLLC
                                                    Attorneys for Defendant, Village of Scarsdale
                                                    1399 Franklin Avenue, Suite 200
                                                    Garden City, New York  11530