

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

HOWARD M. MILLER
Direct: 516-267-6318
HMiller@bsk.com

September 19, 2007

**MEMO ENDORSED**

VIA FAX AND FIRST CLASS MAIL

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Blanco v. Brogan and the Village of Scarsdale*, 07 CV 4065 (CLB)(GAY)

Dear Judge Brieant:

We represent the Defendant Village of Scarsdale in the above referenced matter.

This letter is filed jointly on behalf of the both Defendants, the Village of Bronxville and John Brogan.

On July 11, 2007, we filed a motion to dismiss the Complaint in this case on behalf of the Defendants, John Brogan and the Village of Scarsdale, which is currently returnable on September 28, 2007. Subsequent to filing that motion, however, Defendant Brogan obtained separate counsel, and on August 15, 2007, Plaintiff filed a First Amended Complaint. Because Plaintiff has filed a First Amended Complaint, we withdraw the motion to dismiss the initial complaint as moot.

Thank you for your consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Howard M. Miller

cc:   Jane Gould, Esq.
      Edward Phillips, Esq.

[Handwritten margin note:] Motions (Doc 6, 7, 11 and 14) withdrawn without prejudice. So ORDERED. Charles Brieant USDJ September 21, 2007