UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAMELA J. BLANCO,

                Plaintiff,          STIPULATION
-against-                          EXTENDING THE
                                        DEFENDANT VILLAGE
JOHN BROGAN, VILLAGE OF SCARSDALE,    OF SCARSDALE'S &amp; order
NEW YORK,                                 TIME TO ANSWER

                                              07 Civ. 4065 (CLB)

                Defendants.
------------------------------------------------------------X

       It is hereby stipulated between the attorneys for the Plaintiff and the Defendant Village of Scarsdale ("Village") in the above-captioned matter, that the Village's time to serve its answer to the complaint is extended up to and including January 18, 2008.

Dated: December 20, 2007

_____           _____
Jane Bilus Gould (JBG 4510)                        Howard M. Miller (HM 4538)
LOVETT & GOULD, LLP                          Bond, Schoeneck & King, PLLC
Attorneys for Plaintiff                                  Attorneys for Defendants
222 Bloomingdale Road                           1399 Franklin Avenue, Suite 200
White Plains, New York 10605                   Garden City, New York 11530
(914) 428-8401                                          (516) 267-6300

SO ORDERED: December 21, 2007

_____
Charlene Brincent
U.S.D.J.