UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PAMELA J. BLANCO,

                      Plaintiff,            STIPULATION
     -against-                               EXTENDING THE
                                                  DEFENDANT VILLAGE
JOHN BROGAN, VILLAGE OF SCARSDALE,    OF SCARSDALE'S
NEW YORK,                                    TIME TO ANSWER

                                                  07 Civ. 4065 (CLB)

                      Defendants.
-----------------------------------------------------------X

        It is hereby stipulated between the attorneys for the Plaintiff and the Defendant Village of Scarsdale ("Village") in the above-captioned matter, that the Village's time to serve its answer to the complaint is extended up to and including January 18, 2008.

Dated: December 20, 2007

_____             _____
Jane Bilus Gould (JBG 4510)                    Howard M. Miller (HM 4538)
LOVETT & GOULD, LLP                       Bond, Schoeneck & King, PLLC
Attorneys for Plaintiff                             Attorneys for Defendants
222 Bloomingdale Road                       1399 Franklin Avenue, Suite 200
White Plains, New York 10605              Garden City, New York 11530
(914) 428-8401                                      (516) 267-6300

SO ORDERED:

_____
Charles L. Brieant
U.S.D.J.

58743.1 12/20/2007