UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PAMELA J. BLANCO,

                         Plaintiff,

                                                                 07 CIVIL 4065 ( CLB )

                       -against-

JOHN BROGAN, individually and
the VILLAGE OF SCARSDALE,
New York,              Defendant.
-------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Howard M. Miller

☒    *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
         HM 4538

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒    *Law Firm/Government Agency Association*

    From:  Rains & Pogrebin, P.C.

    To:  Bond, Schoeneck & King, PLLC

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    *Address:*   1399 Franklin Avenue, Suite 200, Garden City, NY 11530

☒    *Telephone Number:*   (516) 267-6300

☒    *Fax Number:*   (516) 267-6301

☒    *E-Mail Address:*   hmiller@bsk.com

Dated: January 24, 2008                 s/Howard M. Miller