

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

HOWARD M. MILLER
Direct: 516-267-6318
HMiller@bsk.com

May 28, 2008

**VIA FAX: (914) 390-4085**

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  *Blanco v. Brogan and the Village of Scarsdale, 07 CV 4065 (CLB)(GAY)*

Dear Judge Brieant:

We represent the Defendant Village of Scarsdale in the above noted matter. This letter is jointly submitted on behalf of the Village and Plaintiff, the sole remaining parties in this action.

Pursuant to the Court's January 18, 2008 scheduling order, all depositions in this case are to be completed by June 2, 2008, and additional interrogatories are to be served no later than that same date. All discovery is currently to be completed by June 9, 2008. While the parties have exchanged initial interrogatories and document requests, no depositions have yet been conducted. So that each party is afforded an opportunity to take depositions and the benefit of complete discovery, we request that the January 18, 2008 scheduling order be amended as follows:

- Depositions to be completed by September 19, 2008.
- Further interrogatories, including expert interrogatories, to be served no later than September 19, 2008.
- Requests to admit, if any, to be served no later than September 26, 2008.
- All discovery is to be complete by September 26, 2008.

We also request that the next case management conference, currently scheduled for July 18, 2008 at 9:00 a.m. be adjourned to a date following the September 26, 2008 close of discovery.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Howard M. Miller

cc:  Jane Gould, Esq. (via fax)

1399 Franklin Avenue, Suite 200, Garden City, NY 11530-1679 ▪ Phone: 516-267-6300 ▪ Fax: 516-267-6301 ▪ www.bsk.com

60428.1 5/28/2008