

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ■ NEW YORK  FLORIDA  KANSAS

JESSICA C. SATRIANO
Direct: 516-267-6332
JSatriano@bsk.com

June 2, 2008

**VIA FAX AND FIRST CLASS MAIL**

Jane Gould
LOVETT & GOULD, LLP
222 Bloomingdale Road
White Plains, New York 10605

Re: *Blanco v. Brogan and the Village of Scarsdale, 07 CV 4065 (CLB)(GAY)*

Dear Ms. Gould:

As you know, by letter dated May 28, 2008 to Judge Charles L. Brieant, we jointly requested that the discovery deadline in the above referenced matter be extended to September 26, 2008 and that the case management conference currently scheduled for July 18, 2008 be adjourned until after discovery has closed. Please be advised that we received a telephone call from Judge Brieant's chambers this afternoon advising us that the case management conference has been adjourned to September 26, 2008 at 9:00 a.m. and that all discovery must be complete as of that date.

Should you have any questions, please do not hesitate to call.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Jessica C. Satriano

cc: Hon. Charles L. Brieant

---

1399 Franklin Avenue, Suite 200, Garden City, NY 11530-1679 ■ Phone: 516-267-6300 ■ Fax: 516-267-6301 ■ www.bsk.com

60466.1 6/2/2008