UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PAMELA J. BLANCO,

                       Plaintiff,                         Civil Action No. 07-4065 (CS)

   v.

JOHN BROGAN, individually and              **NOTICE OF**
the VILLAGE OF SCARSDALE,                 **APPEARANCE**
 New York.

                       Defendants.
_____

To the Clerk of this Court and all parties of record:

Please enter the Appearance of Jessica C. Satriano, an associate of BOND, SCHOENECK & KING, PLLC, as additional counsel for Defendant the Village of Scarsdale, N.Y.

I certify that the undersigned, Jessica C. Satriano, is admitted to practice in this Court.

Dated: August 15, 2008

                                                   BOND, SCHOENECK & KING, PLLC

                                                   By:_____s/_____
                                                   Jessica C. Satriano (JS-0981)
                                                   *Attorneys for the Defendant*
                                                   *The Village of Scarsdale*
                                                   1399 Franklin Avenue, Suite 200
                                                   Garden City, New York 11590
                                                   jsatriano@bsk.com
                                                   (516) 267-6332

To: Law Offices of Lovett & Gould
*Attorneys for Plaintiff Pamela J. Blanco*
Jonathan Lovett and Jan Bilus Gould
222 Bloomingdale Road, Suite 305
White Plains, NY 10605
(914) 428-8401

Law Offices of Keane & Beane, P.C.
*Attorneys for Defendant John Brogan*
Lance H. Klein
445 Hamilton Avenue, 15th Floor
White Plains, NY 10601
(914) 946-4777